IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-02397-WDM

NICOLE HOWARD,

    Plaintiff,

v.

FARRELL & SELDIN,

    Defendant.

## NOTICE OF DISMISSAL

The court construes Plaintiff's request for dismissal in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 18, 2008.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge